NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

AYUMI YAMASHITA,                          )
                                          )
            Appellant,                    )
                                          )
v.                                        )        Case No. 2D17-5047
                                          )
JARED SUGERMAN,                           )
                                          )
            Appellee.                     )
                                          )
_____ )

Opinion filed May 23, 2018.

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Collier County;
Joseph G. Foster, Judge.

John Elias of Law Offices of John Elias,
Pembroke Pines, for Appellant.

Toni A. Butler of Alderuccio & Butler,
LLC, Naples, for Appellee.

PER CURIAM.

            Affirmed.

KELLY, MORRIS, and LUCAS, JJ., Concur.